# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2008

135995

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

APPLEGATE, INC.,
      Plaintiff-Appellee,

v

    SC: 135995
    COA: 275098
    Washtenaw CC: 04-000541-CH

JOHN M. OLSON COMPANY, d/b/a J.M.
OLSON CORPORATION and FEDERAL
INSURANCE COMPANY,
      Defendants-Appellants,

and

METRO INDUSTRIAL PIPING, INC.,
MAUREEN E. RENKIEWICZ, and STEVEN H.
LOWE,
      Defendents.
_____/

On order of the Court, the application for leave to appeal the January 31, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008

s0604

_____
Clerk